Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AMERICINN INTERNATIONAL, LLC,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**MATAJ12 CORPORATION,** *et al.***,**<br><br>　　　　Defendants. | Civil Action No.: 21-12455 (ES) (LDW)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

　　Before the Court is Plaintiff AmericInn International, LLC's motion for default judgment against defendants Mataj12 Corporation, Arvindkumar Patel, and Sejalben Patel (collectively, "Defendants") (D.E. No. 8), and the Court having considered Plaintiff's submissions and having decided this matter without oral argument, *see* Fed. R. Civ. P. 78(b) & L. Civ. R. 78.1(b); and for the reasons stated in the Court's accompanying Opinion,

　　IT IS on this 1st day of June 2022,

　　**ORDERED** that the motion for default judgment (D.E. No. 8) is **GRANTED**; and it is further

　　**ORDERED** that judgment is entered against Defendants in the amount of $357,917.22; and it is further

　　**ORDERED** that the Clerk of the Court shall mark this matter **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Esther Salas*
　　　　　　　　　　　　　　　　　　　　　　　　**Esther Salas, U.S.D.J.**